UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARONDA KELLEY,<br><br>    Plaintiff,<br><br>    v.<br><br>C. R. BARD, INC., and BARD PERIPHERAL VASCULAR, INC.,<br><br>    Defendants. | No. 2:20-cv-02830-SAB-PJWx<br><br>**ORDER DISMISSING ACTION** |

    Before the Court is the parties' Stipulation to Dismiss Without Prejudice, ECF No. 22. Plaintiff is represented by Annesley H. DeGaris. Defendants are represented by Daniell K. Newman.

    The parties stipulate that pursuant to Rule 41(a)(1)(A)(ii), the Complaint and all causes of action are dismissed without prejudice against all Defendants in the above-captioned action.

//
//
//
//
//
//
//

**ORDER DISMISSING ACTION** ~ 1

Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Stipulation to Dismiss Without Prejudice, ECF No. 22, is **ACCEPTED**.
2. The Complaint and all causes of action in the above-captioned case are **DISMISSED**, without prejudice.

**IT IS SO ORDERED.** The Clerk of Court is directed to enter this Order, forward copies to counsel, and **close** the file.

**DATED** this 6th day of January 2021.

_____
Stanley A. Bastian
United States District Court

**ORDER DISMISSING ACTION ~ 2**